**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 08-297 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Christine Anne Pierre, | |
| Defendant. | |

---

Before the Court is Defendant's unopposed Motion for Extension of Time to Respond to Presentence Report. Having considered the Motion, and finding good cause for the relief requested, the Court hereby **GRANTS** the Motion. Therefore, **IT IS HEREBY ORDERED** that Defendant shall have up to and including January 15, 2009 to serve her response.

Dated: December 31, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge